

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

June 10, 1953

Hon. Lloyd G. Rust, Jr.    Opinion No. S-50
County Attorney
Wharton County           Re: Authority of the commis-
Wharton, Texas             sioners' court to use funds
                               in the "General Fund Hospi-
                               tal Reserve Account" to
                               construct an addition to
                               Wharton County Nightingale
Dear Sir:                 Hospital.

          You have asked us the following question:

          "Can Wharton County pay part of the con-
struction costs of an addition of some twelve
rooms to Wharton County Nightingale Hospital
out of money held by the Treasurer in the
General Fund Hospital Reserve Account, which
money was acquired as net operating profits
of the Wharton County Nightingale Hospital
in prior years and turned over to the
Treasurer of Wharton County as profits de-
rived from the operation of said hospital
and kept by him in said General Fund Hospital
Reserve Account?"

          This office held in Attorney General Opinion
V-567 (1948):

          ". . . tax money raised for hospital
maintenance purposes comes from the general
fund levy, whereas tax money for the es-
tablishment and construction of a county
hospital comes from the permanent improve-
ment levy.  Therefore, the Commissioners'
Court is without authority to appropriate
hospital maintenance funds for hospital
construction purposes, for such appropria-
tion would constitute an unlawful transfer
and diversion of constitutional funds."
Article VIII, Sec. 9, Tex. Const.; Carroll
v. Williams, 109 Tex. 155, 202 S.W. 504
(1918).

Construction of an addition to Wharton County Hospital is a permanent improvement, and cannot be paid from general funds.

Therefore, we agree with your conclusion that Wharton County is not authorized to use money in the general fund hospital reserve account, same being a part of the general fund, for the purpose of constructing an addition to Wharton County Hospital.

We are enclosing copies of Attorney General Opinions V-567 (1948) and V-608 (1948).

## SUMMARY

Wharton County is not authorized to use money in general fund hospital reserve account (general fund) for the purpose of constructing an addition to Wharton County Hospital. Art. VIII, Sec. 9, Tex. Const.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

SCR:am

Encls.

JOHN BEN SHEPPERD
Attorney General

By Sam C. Ratliff
Sam C. Ratliff
Assistant